No. 12–848.  BLACK FARMERS ASSN., INC. *v.* VILSACK, SECRETARY OF AGRICULTURE, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 12–849.  SMITH *v.* TENNESSEE NATIONAL GUARD.  Ct. App. Tenn.  Certiorari denied.

No. 12–858.  ASTER *v.* ANTHEM BLUE CROSS LIFE.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 12–878.  GOVERNMENT OF THE LAO PEOPLE'S DEMOCRATIC REPUBLIC *v.* THAI-LAO LIGNITE (THAILAND) CO. LTD. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–886.  TAYLOR *v.* KING ET AL., ADMINISTRATORS OF THE ESTATE OF KING.  C. A. 6th Cir.  Certiorari denied.

No. 12–892.  NEW *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 12–908.  THOMS ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–936.  NAMER *v.* FEDERAL TRADE COMMISSION.  C. A. 5th Cir.  Certiorari denied.

No. 12–5240.  CARBAJAL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–5338.  DAVIS *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 12–5491.  MARTINEZ-PORTA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–5691.  SAN NICOLAS *v.* DEXTER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–5915.  ISAIS ESPARZA, AKA ESPARZA ISAIS, AKA ISAIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–6421.  ARTUSO ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.